# Case Number 3:21-mc-00193

FILED
CHARLOTTE, NC

SEP 3 0 2021

US DISTRICT COURT
WESTERN DISTRICT OF NC

## RESOLUTION AND MEMORIAL IN MEMORY OF
## ROBERT CARL HORD, JR.

MAY IT PLEASE THE COURT, Bob's family, friends, colleagues and members of the Mecklenburg County Bar:

My name is Morry Johnston. I have practiced law in Charlotte since 1966 and it is my privilege to present this Resolution on behalf of myself, the law firm of Johnston, Allison & Hord, and the Mecklenburg County Bar in honor and memory of an outstanding member of this Bar and my long-time dear friend, Bob Hord.

Robert Carl Hord, Jr. was born on September 26, 1940 and died unexpectedly on Saturday morning, May 30, 2020 at the age of 79. Bob worked a full day at the office the day before his death. His timesheet from Friday was dutifully completed and sitting on his desk when I stopped by his office on Monday morning, still in disbelief that he was gone.

Bob was a native of Charlotte and attended Myers Park High School and Davidson College; thus, you can see that Bob's roots to the Charlotte area were very deep and strong. Bob met his wife, Kitty, while he was at Davidson, and she at Queens. They were married for 57 years and have two children, Katherine (Katie) Hord Simons, a lawyer who is married to Daniel; and Bob's son, Robert (Rob) Thompson Hord, a commercial real estate broker who is married to Greta. Katie and Daniel have two beautiful daughters, Rebecca and Meredith; Rob and Greta have four handsome, rambunctious sons, Thompson, Davis, and the twins, Reed and Jack. Bob loved them all.

After graduation from Davidson and the ROTC program in 1962, Bob attended the UNC School of Law School, graduating in 1965. Bob then entered the Army in the Adjutant General Corps and rose to the rank of Captain. In November 1967, Bob returned to Charlotte and began his legal career with Fairley, Hamrick, Monteith and Cobb. He later joined Boyle and Alexander as a partner.

Being a native Charlottean myself and, having attended Myers Park High School with Bob, I naturally knew of Bob in my youth but did not know him well. My true friendship with Bob developed

1093701

when we both returned to Charlotte in 1967 to practice law. About 20 years later, in 1988, a friend and client of Bob's approached me and my partner Jim Allison and explained that Bob was handling all of his legal work quite well, but he was giving Bob more work than he could handle. Unfortunately, Bob's "boss", B. Irvin Boyle, was not interested in hiring more lawyers to help Bob out. The friend asked if Jim and I would consider inviting Bob to join our firm so he would have more horsepower to handle the work. When we approached Bob about the prospect, he quickly expressed interest but could not commit until he spoke with Irvin. Bob soon reported back that Irvin had heartily endorsed Bob's request to leave the firm—with a caveat: "Do they have room for me and Lelia [partner Lelia Alexander] too?" Thus, it was our firm's good fortune not just to get Bob, but two other well-established and stellar members of the Bar. Thirty two years later, what is now Johnston, Allison & Hord, has grown from eight attorneys to more than 45 attorneys, due in no small part to Bob's leadership.

Bob was the consummate gentleman and a highly respected attorney who unselfishly gave his time and energy to the Mecklenburg County Bar. His favorite Bar activity was serving on the Calendar Committee, which he chaired for several years. For those of you who are not familiar with the Calendar Committee, back in the dark ages of the 60's and 70's, trial lawyers self-policed the scheduling of trials and motions on the Court's docket. The Calendar Committee held weekly meetings with all attorneys on the trial calendar to determine which cases would go forward and which would be continued. There was a great deal of jockeying among the lawyers since half of those on the calendar wanted to push forward with their trials and the other half did not. Needless to say, the latter were very creative in the excuses they put forth to Bob's Committee in support of their requests for continuance. The Committee actively policed all requests for a delay, even to the extent of keeping a record of the excuses they heard. The operation of the Calendar Committee and its oversight of Calendar Call hearing was not merely instrumental to the orderly operation of our Court system, but it provided a meaningful social event which fostered civility among members of the Bar. I miss Bob's recounting of his many Calendar Committee stories.

1093701

Bob was proud to be a Charlotte native and had an incredible appreciation for—and recollection of—the intimate details of our fair city--its history, its prominent citizens, the Myers Park High's athletic program, the current status of his 1958 classmates, and the best places in town to buy a "meat and 3" lunch. Bob supported his beloved Charlotte in so many ways: through Covenant Church, where he served as Chair of the Session and as Elder – Emeritus, through the Kiwanis Club for over 50 years, including as its President, and Chair of its foundation, which provided him the opportunity to religiously and reliably solicit his friends and colleagues to support the annual Azalea Sale and BBQ fundraiser.

Shortly before Bob left us, I had the pleasure of accompanying him to his beloved farm. The understanding was that I would do some fishing while Bob engaged in his favorite farm activity--cutting the grass. After I had fished for a modest period of time I went to check on Bob, and what I observed put a smile on my face then--and now every time I think of it. There was Bob, perched upon his little green tractor, wearing a straw cowboy hat, throttle open as if he was Richard Petty and, of all things, wearing on his hip a fully loaded pistol. He could not have been any happier than the proverbial kid in a candy store. That is how Bob should be remembered.

How can I describe Bob for those who may not have known him well? The first word that comes to mind is "kind". He was kind and courteous to everyone – especially to other lawyers, adversaries as well as friends. He was dependable – his word was his bond. He was financially prudent, which is a Bob way of saying, he was tight. He was dedicated to serving his clients. He was a scholar of the law, particularly as to matters involving real estate. He was an unselfish team player on firm matters, always wanting what was best for the firm. He was a family man, above all. He adored Kitty, Katie, Daniel, Greta, Rob, and his grandkids. He participated in all aspects of his children's and grandchildren's lives – whether coaching their little league teams, fishing with them at the beach, or snow skiing with them at Beech Mountain.

Following Bob's death, countless lawyers and friends have shared with me how Bob meaningfully, and often humorously, touched their lives. However, Bob's twelve year old grandson Davis perhaps said it best when he posted the following memorial about his "Pop":

1093701

*"When I was younger pop and I where (sic) at the farm and he showed me how to measure a fish with my arm. I never really understood but now I think I do besides the fact of measuring the fish. Maybe I'm over thinking this but I think now that it was the measurement of life no matter how long or short it is it still is a life like it would still be a fish. I like to talk to him sometimes and just think, on how he is up there I like to think his soul has formed an angle (sic) and he is in a newborn body. Davis Hord, love you pop."*

To that, and to Davis, I can only say: "Amen".

Your Honor, it is with a deep sense of friendship, admiration, and gratitude for the life and legacy of Robert Carl Hord, Jr. that I, and the undersigned President of the Mecklenburg County Bar, and the Chair of the MCB Memorials Committee, respectfully move to:

1.    Adjourn this proceeding in memory and appreciation of Robert Carl Hord, Jr.;

2.    File and inscribe this Resolution and Memorial in the minutes of this Court with a copy to be kept in the Memorials of Deceased Attorneys with the Office of the Clerk of Superior Court of Mecklenburg County; and

3.    Provide filed copies of this Resolution to Bob's family.

Respectfully submitted this 30th day of September, 2021.

H. Morrison Johnston
N.C. State Bar No 2406.
Presenter

Fred W. DeVore, III
Mecklenburg County Bar President
N.C. State Bar No. 10308

George V. Hanna, III
Member, MCB Memorials Committee
N.C. State Bar No. 1865

1093701

So Ordered, this 30th day of September, 2021

Judge Charles M. Viser
Mecklenburg County Superior Court

Judge Robert J. Conrad
United States District Court
Western District of North Carolina